The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RANDY LEE HALL,

    Defendant.

NO. CR16-225 RSM

ORDER GRANTING DEFENDANT RANDY LEE HALL'S MOTION TO UNSEAL *EX PARTE* PROCEEDINGS OF HIS MOTION TO CLARIFY LEGAL REPRESENTATION FOR THE LIMITED PURPOSE OF TRANSCRIPTION

This Court has considered Defendant Randy Lee Hall's Motion to Unseal *Ex Parte* Proceedings of His Motion to Clarify Legal Representation for the Limited Purpose of Transcription, Mr. Hall's proposed form of Order, and the records and pleadings on file. It is, therefore,

ORDERED that Defendant Randy Lee Hall's Motion to Unseal *Ex Parte* Motion to Clarify Legal Representation Hearing for the Limited Purpose of Transcription is GRANTED. It is further

ORDERED that the August 10, 2017 sealed, *ex parte* hearing regarding Mr. Hall's Motion to Clarify Legal Representation is unsealed for the sole purpose of transcription by court reporter Nancy Bauer. It is further

ORDERED that, after transcription, a copy of the transcript will be provided to Mr. Hall's current counsel, Jeffrey Grant of Skellenger Bender. It is further

ORDER GRANTING DEFENDANT RANDY LEE HALL'S
MOTION TO UNSEAL EX PARTE PROCEEDINGS OF HIS
MOTION TO CLARIFY LEGAL REPRESENTATION FOR
THE LIMITED PURPOSE OF TRANSCRIPTION – 1



1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

015167-00101 CR16-225 hall-unseal-ord

ORDERED that, immediately after transcription, the transcript be sealed, and the hearing be re-sealed.

DATED this 9th day of March, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

SKELLENGER BENDER, P.S.

 s/Jeffrey C. Grant
Jeffrey C. Grant, WSBA #11046
Attorneys for Defendant Randy Lee Hall

ORDER GRANTING DEFENDANT RANDY LEE HALL'S MOTION TO UNSEAL EX PARTE PROCEEDINGS OF HIS MOTION TO CLARIFY LEGAL REPRESENTATION FOR THE LIMITED PURPOSE OF TRANSCRIPTION – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

015167-00101  CR16-225 hall-unseal-ord