The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | ] NO. 16-225-RSM |
|---|---|
| Plaintiff, | ] ORDER GRANTING |
| vs. | ] MOTION TO FILE UNDER SEAL |
| RANDY LEE HALL, | ] |
| Defendant. | ] |

The Court having reviewed Defendant's motion to seal, and good cause appearing, it is hereby ordered that Defendant Randy Lee Hall's Motion to File Under Seal (Dkt #102) is GRANTED.

DATED this 22nd day of October, 2019.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

PAGE 1

Edmond Law, PLLC
2615 11th Ave. W
Seattle, WA 98119
(206) 428-7734
(888) 842-3803 (fax)