IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR-16-225-RSM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| RANDY LEE HALL, | |
| Defendant. | |

BEFORE THE COURT is Defendant Hall's Motion to Allow Withdrawal of Counsel and for Appointment of New Counsel. Dkt. No. 109.

Good cause appearing, it is ORDERED that Lee Edmond be allowed to withdraw from representation and that new counsel be appointed from the Criminal Justice Act panel.

**DATED** this 1st day of November, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE