Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RANDY LEE HALL, <br><br> Defendant. | CASE NO. CR16-225RSM <br><br> **ORDER** |

Defendant's request that the Court schedule a restitution hearing in this matter (received 1/28/2022, dkt #130) is DENIED.

DATED this 17th day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE