Randy Hall – Pro Se
Reg. #47863-086
FCI Sheridan – Fed. Corr. Inst.
P. O. Box 5000
Sheridan, OR  97378

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>vs.<br><br>RANDY HALL,<br><br>Defendant. | NO.  CR 16-225-RSM<br><br>ORDER RE:  EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO REQUIRE PAYMENT FROM INMATE TRUST ACCOUNT |

GOOD CAUSE APPEARING, and the government being unopposed, it is ORDERED that the time for filing defendant Randy Hall's response to the Motion to Require Payment From Inmate Trust Account is extended to **March 28, 2022**.

Dated this 11th day of March, 2022.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

//
//
//
//

ORDER RE:  EXTENSION OF TIME TO FILE RESPONSE - 1

RANDY HALL
PRO SE
FCI SHERIDAN
P. O. BOX 5000
SHERIDAN, OR  97378

**CERTIFICATE OF E-SERVICE**

I hereby certify that on March 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the attorneys of record in this action.

                                                */S/ Myra Sun*
                                                MYRA SUN
                                                Attorney at Law

ORDER RE:  EXTENSION OF TIME TO FILE RESPONSE - 2

                                                               RANDY HALL
                                                                  PRO SE
                                                              FCI SHERIDAN
                                                            P. O. BOX 5000
                                        SHERIDAN, OR  97378