UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY LEE HALL,<br><br>Defendant. | NO.  2:16-CR-00225-RSM-1<br><br>**Order Granting United States' Motion to Require Payment from Inmate Trust Account** |

Plaintiff, United States of America, moves under 18 U.S.C. § 3664(n), for an Order requiring the Bureau of Prisons (BOP) to pay to the Clerk of Court all but $500.00 of the $39,404.88 held in Defendant Randy Lee Hall's inmate trust account, to pay the criminal monetary penalties imposed in this case, specifically a restitution balance of $86,428.57.  The United States also bases its motion on additional legal grounds, including its judgment lien rights under 18 U.S.C. § 3613(c), the payment schedule set in the Judgment [dkt. no. 107 at 7], and Mr. Hall's changed financial circumstances under 18 U.S.C. § 3664(k).  The Court has considered the Motion and any Response

ORDER GRANTING UNITED STATES' MOTION
TO REQUIRE PAYMENT FROM INMATE TRUST ACCOUNT
(*USA v. Randy Lee Hall,* Case No. 2:16-CR-00225-RSM-1) - 1

and Reply filed thereto.  For all the reasons stated in the United States' Motion, the Court finds that the Motion should be granted in part.

Accordingly, the Court ORDERS as follows:

1. The United States' Motion to Require Payment from Inmate Trust Account is GRANTED IN PART.

2. Within 30 days from the date of this Order, the BOP shall turn over the full balance of Mr. Hall's BOP inmate trust account, **less $1,500.00**, to the Clerk of this Court, via check payable to "United States District Court, Western District of Washington," referencing Case No. 2:16-cr-00225-RSM-1, and delivered personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

In no event shall the BOP turn over more than Mr. Hall's $86,428.57 restitution balance.

DATED this 26th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF U.S. DISTRICT JUDGE

ORDER GRANTING UNITED STATES' MOTION
TO REQUIRE PAYMENT FROM INMATE TRUST ACCOUNT
(*USA v. Randy Lee Hall,* Case No. 2:16-CR-00225-RSM-1) - 2