HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RANDY LEE HALL,<br><br>Defendant. | Cause No. CR16-225 RSM<br><br>**ORDER PERMITTING FILING OF OVERLENGTH MOTION** |

The Defendant has filed a motion to withdraw his guilty plea to Count 2. The motion consists of 4,481 words and exceeds the 4,200-word limit mandated by the Local Criminal Rule. The Defendant asserts that to adequately address the issues presented by the motion, it was necessary to include an extensive discussion of the evidence underlying the alleged crime. The Defendant has shown good cause for his request, and it is therefore ordered that the motion is granted.

//

ORDER PERMITTING FILIG OF
OVERLENGTH MOTION - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

DATED THIS 14th day of November, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER PERMITTING FILIG OF
OVERLENGTH MOTION - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818