HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RANDY LEE HALL,<br><br>    Defendant. | Cause No.  16-225 RSM<br><br>**ORDER DIRECTING CLERK TO FILE EXHIBITS UNDER SEAL WITHOUT REDACTION** |

This matter comes before the Court on the Defendant's Motion to Seal Exhibits 1 through 16 filed in support of his Motion to Withdraw his Guilty Plea as to Count 2 under seal without redaction. The Defendant through counsel represents to the Court that the reference to proper names of victims and witnesses in the Exhibits are so numerous as to make redaction unduly burdensome and time consuming.

ORDER DIRECTING CLERK TO FILE EXHIBITS UNDER SEAL WITHOUT REDACTION - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

The Court finds that the Defendant has shown good cause for this request and the Clerk is therefore directed to file Exhibits 1 though 16 in Support of the Motion to Withdraw Guilty Plea as to Count 2 under seal without redaction.

DATED THIS day of 14th day of November, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER DIRECTING CLERK TO FILE EXHIBITS UNDER SEAL WITHOUT REDACTION - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818