HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RANDY LEE HALL,<br><br>　　　　Defendant. | Cause No. 16-225 RSM<br><br>**ORDER EXTENDING DUE DATE FOR REPLY** |

The Defendant has filed a motion requesting extension of the due for the Defendant's Reply to the Government's Response to the Motion to Withdraw the Guilty Plea until December 2, 2024. The Defendant has shown good cause for the request and the Government has indicated that it has no objection. It is therefore ordered that the motion is granted.

//

//

ORDER EXTENDING DUE DATE FOR REPLY - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

DATED THIS  3rd  day of   December        , 2014

                                                 HONORABLE RICARDO S. MARTINEZ
                                                 U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER EXTENDING DUE DATE FOR
REPLY - 2

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818