UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY LEE HALL,<br><br>Defendant. | CASE NO. CR16-225RSM<br><br>ORDER GRANTING MOTION FOR NEW PRESENTENCE REPORT |

This matter comes before the Court on Defendant's Motion for New Presentence Report (Dkt #172). The Court finds that there is good cause for the Defendant's request.

IT IS HEREBY ORDERED that the motion is GRANTED. U.S. Probation is directed to prepare an updated presentence report as to the above-named defendant.

Dated this 23rd day of January, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER– 1